Overton, J.
 

 alone. I am strongly inclined to think, that it is not necessary to refer to the judgment in the deed at all.
 
 (1)
 
 I am of opinion it is surplusage and that if it can be clearly shewn, that the sheriff sold under the judgment produced, it is sufficient. The caption of the record produced shews that it is a record of Sullivan county. It begins as usual “pleas before” &c.
 
 (5)
 
 The record is sufficiently certified.
 
 *
 
 It was also objected, that the execution was not set out verbatim, nor shewn to have been returned, but only that “an alias issued” &c. By the court. Where a ministerial officer is sued by a stranger, for an act which is official, he must shew his authority, and that the original was returned,
 
 (6)
 
 but the same strictnes is not necessary, when his official acts are called into view in shewing title by strangers, who are purchasers.
 

 (1)
 

 See 1. Dall. 63 93.
 

 (5)
 

 See 1. John. ca.153 288. Tay. Rep. 12.
 

 *
 

 Hardin's Rep. 293 n.
 

 (6)
 

 See. 2. Johns 46.-1 Goulds.ed Esp. N. P. part. 2. 300 312.